JUAN E. WESTER et al., Respondents, *v.* CASEIN COMPANY OF AMERICA, Appellant.

*Wester* v. *Casein Co. of America,* 154 App. Div. 937, affirmed.
(Argued January 27, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 20, 1913, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover for an alleged breach of contract.

*Charles J. Hardy, George J. Gillespie, Frederick P. Whitaker* and *William F. Delaney* for appellant.

*Peter B. Olney* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN, MILLER, CARDOZO and SEABURY, JJ.